# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

———————

No. 02-3898

———————

Chetty Mamandur; Uma Sunku     *
Mamandur,     *
    *
       Appellants,     *
    *   Appeal from the United States
     v.     *   District Court for the Eastern
    *   District of Arkansas.
Jimmy Earl Power, Jr.; Prudential     *
Securities, Inc.,     *       **[UNPUBLISHED]**
    *
       Appellees.     *

———————

Submitted: August 5, 2003
Filed: August 27, 2003

———————

Before RILEY, HANSEN, and SMITH, Circuit Judges.

———————

PER CURIAM.

Chetty and Uma Sunku Mamandur appeal the district court's[1] order denying their motion to vacate an arbitration award, and confirming the award in favor of Jimmy Earl Power, Jr., and Prudential Securities Incorporated. We affirm for the reasons stated by the district court, and we conclude that the court did not err in not holding an evidentiary hearing. Cf. Burton v. Dormire, 295 F.3d 839, 848 (8th Cir.

_____

[1]The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

2002) (declining to remand for hearing because arguments lacked merit and hearing was legally unnecessary), <u>cert. denied</u>, 123 S. Ct. 1904 (2003).  We also deny the Mamandurs' pending motion for remand.

Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.